# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

JAMES E. PATTERSON
(973) 425-8683
jpatterson@mdmc-law.com

November 20, 2023

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
Fourth and Cooper Streets
Camden, NJ 08101

      RE:    <u>Mascarenhas v. Rutgers, The State University of New Jersey
               Civil Action No. 20-cv-06853 (CPO)(MJS)</u>

Dear Judge Skahill:

      We represent Defendant Rutgers, The State University and write to inform the Court that Defendant has no objection to scheduling a summary judgment motion in this matter. We ask that deadline for filing be in mid to late January to accommodate holiday schedules and the holiday closure of the University. Also, we understand the Court would like to conduct a settlement conference and are amenable to any dates during that same period. Plaintiff's counsel agrees with the foregoing proposal. Thank you for your consideration.

                                 Respectfully submitted,

                         McElroy, Deutsch, Mulvaney & Carpenter, LLP

                                  */s/ James E. Patterson*

                                   James E. Patterson

cc:    Michael H. Sussman, Esq. (Via ECF)