# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

JAMES E. PATTERSON
(973) 425-8683
jpatterson@mdmc-law.com

February 21, 2024

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
Fourth and Cooper Streets
Camden, NJ 08101

  RE: **Mascarenhas v. Rutgers, The State University of New Jersey**
     <u>Civil Action No. 20-cv-06853 (CPO)(MJS)</u>

Dear Judge Skahill:

  We represent Defendant Rutgers, The State University and write to request an extension from February 23 to March 1 of the deadline for filing a summary judgment motion in this matter. The parties are still actively discussing settlement and remain hopeful that the case will settle. The additional time is needed to facilitate this process and avoid the unnecessary expenses of a motion. In addition, I have just returned from vacation and have some scheduling issues that have arisen. Plaintiff's counsel consents to this request. There will be no further requests for extension of the deadline and if the case does not settle we will file our motion by March 1. Thank you for your consideration.

                Respectfully submitted,

             McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                 */s/ James E. Patterson*

                  James E. Patterson

cc: Michael H. Sussman, Esq. (Via ECF)