# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

JAMES E. PATTERSON
(973) 425-8683
jpatterson@mdmc-law.com

March 7, 2024

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
Fourth and Cooper Streets
Camden, NJ 08101

      RE:    **Mascarenhas v. Rutgers, The State University of New Jersey**
              **Civil Action No. 20-cv-06853 (CPO)(MJS)**

Dear Judge Skahill:

      We represent Defendant Rutgers, The State University and write, on behalf of both parties, to report that the parties have reached agreement on a final settlement number and on most of the terms of a proposed settlement agreement. We are in the process of discussing a few remaining language issues with respect to the settlement agreement and hope to come to a resolution on those issues within the next few days. In light of these circumstances, the parties request that the March 8, 2024 deadline for filing dispositive motions be adjourned and that a new deadline be set for a later date if necessary. As noted, Plaintiff's counsel consents to this request. Thank you for your consideration.

      Respectfully submitted,

      MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

      */s/ James E. Patterson*

      James E. Patterson

cc:    Michael H. Sussman, Esq. (Via ECF)